# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2359

_____

Samar Akins

*Plaintiff - Appellant*

v.

Sysco Lincoln Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: March 3, 2026
Filed: March 6, 2026
[Unpublished]

_____

Before LOKEN, SMITH, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Samar Akins appeals following the district court's[1] adverse grant of summary judgment in his removed employment discrimination and retaliation action against

---

[1]The Honorable Susan M. Bazis, United States District Judge for the District of Nebraska.

Sysco Lincoln Inc.  Upon careful review, we initially conclude the district court did not abuse its discretion in denying Akins's requests for appointed counsel, <u>see</u> <u>Ward v. Smith</u>, 721 F.3d 940, 942 (8th Cir. 2013) (per curiam); his recusal motion, <u>see</u> <u>Akins v. Knight</u>, 863 F.3d 1084, 1086 (8th Cir. 2017) (per curiam); and his motion for sanctions, <u>see</u> <u>Thompson v. Cockrell</u>, 154 F.4th 971, 979 (8th Cir. 2025).

We further conclude that summary judgment was proper.  <u>See</u> <u>Torgerson v. City of Rochester</u>, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (standard of review).  Specifically, Akins failed to present evidence meeting his burden to establish that Sysco's proffered reason for its failure to hire him was pretext for discrimination and retaliation. <u>See</u> <u>Arraleh v. Cnty. of Ramsey</u>, 461 F.3d 967, 975-77 (8th Cir. 2006); <u>Gibson v. Am. Greetings Corp.</u>, 670 F.3d 844, 856 (8th Cir. 2012).

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

_____